IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 97-60033
Summary Calendar

———————————

RHONDA ROUSE,

Plaintiff-Appellant,

versus

NESHOBA COUNTY JAIL et al.,

Defendants,

LARRY WALKER, Jail Administrator;
GLEN WADDELL, Sheriff,

Defendants,-Appellees.

———————————

Appeal from the United States District Court
for the Southern District of Mississippi
(4:96CV18LN)

———————————

May 1, 1998

Before JOHNSON, SMITH and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Rhonda Rouse, Mississippi inmate #B03159, appeals the district court's grant of summary judgment in favor of defendants Larry Walker and Glen Waddell. After a careful *de novo* review of the arguments, the controlling authorities, and the appellate record, we find no error in the district court's judgment. See Little v.

———————————

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

Liquid Air Corp., 37 F.3d 1069, 1075 (5th Cir. 1994)(en banc).

AFFIRMED.